THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES H. DAVIS, Appellant.

*People* v. *Davis,* 122 App. Div. 569, affirmed.
(Argued January 27, 1908; decided February 18, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York convicting the defendant of the crime of perjury.

*Wilford H. Smith* for appellant.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

GEORGE J. GOULD et al., as Executors and Trustees of the Estate of JAY GOULD, Deceased, Respondents, *v.* JOHN H. SPRINGER, Appellant.

*Gould* v. *Springer,* 119 App. Div. 868, affirmed.
(Submitted January 29, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1907, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial in an action to recover upon an alleged contract.

*A. J. Dittenhoefer* and *John T. Easton* for appellant.

*David H. Taylor* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.